KENNETH A. FEINSWOG
6701 Center Drive West, Suite 610
Los Angeles, California 90045
Telephone: (310) 846-5800

Attorney for Plaintiff

**UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT
OF NEW YORK**

---------------------------------------------------------------------------X

BRAVADO INTERNATIONAL GROUP
MERCHANDISING SERVICES, INC.


                    Plaintiff,

              -against-

SAFA SPORTSWEAR, INC., a/k/a ASH BEAUTY
SUPPLIES, ASH BEAUTY SUPPLY, INC., K & S
TEES, INC., MUHAMMAD ZAHID, SYED KAMAL,
MUHAMMAD KHAN, a/k/a MUHAMMAD K. IGBAL,
USA VIKING, INC., TEP TEE TRADING, CO., INC.
a/k/a TEPTEE TRADING, INC., MOM FAIR & WHITE CO.,
JUNG LEE a/k/a LEE JUNG, GEO SPORTS, INC.,
RJNY CLOTHING, INC., THREE KING TRADING, INC.,
DECENT TRADING, INC., SAMINA MAZHAR a/k/a SAMINA
MAZHUR, DILBAR HUSSAIN, LIMON TRADING CORP.,
HOON KIM, PETER TEPPER, BRETT TEPPER, ALI H.
EKREDA, MUHAMMAD MAZHAR ALI KHAN,
MOHAMMED LATIF a/k/a MOHAMMAD LATIF, TANZEELA
NAZ, ALM GENERAL TRADING INC., MAXHAR KHAN a/k/a
MAXHUR KHAN, PEI ZHONG YIN a/k/a YIN PEI ZHONG,
AST SPORTSWEAR, INC., PATRICK PEICHEN YING,
VECTA JEANS LTD., US ODP SPORTSWEAR, INC. a/k/a US O.D.P.
SPORTSWEAR, INC., SOGO HOUSE INCORPORATED, SUNG
S. PARK, GOOD LOOKS APPAREL, LLC, MONOWAY, INC.
a/k/a MONOWAY CORPORATION a/k/a MOMO, YIWU ZHENJIANG
NOVELTIES IMPORT AND EXPORT CO. a/k/a YIWU NOVELTIES
IMPORT AND EXPORT CO., GREEN STAR TRADING USA, INC.,
YUN ZHOU ZHANG, SUPER STAR TRADING USA, INC.,
SHAO BO QU, SEGUNDO GUAMAN, YIWU FASHIONS IMPORT

**CIVIL ACTION NO.
09-7571 (GEL)**

**FIRST AMENDED
COMPLAINT FOR
TRADEMARK
AND COPYRIGHT
INFRINGEMENT
AND UNFAIR
<u>COMPETITION</u>**

1

& EXPORT CORP., COOLMAN TRADING, CORP,
HYUNG DAHL and TR WAY, CORP.,

Defendants.

-----------------------------------------------------------------------------X

## JURISDICTION AND VENUE

1.     Plaintiff Bravado International Group Merchandising Services, Inc. (hereinafter referred to as "Bravado") is a corporation duly organized under the laws of the State of California with a place of business in Los Angeles, California.

2.     Upon information and belief, at all relevant times herein, defendants Safa Sportswear, Inc. a/k/a Ash Beauty Supplies, Ash Beauty Supply, Inc., K & S Tees, Inc., USA Viking, Inc., Tep Tee Trading, Co. Inc. a/k/a Teptee Trading, Inc., Mom Fair & White Co., Geo Sports, Inc., RJNY Clothing Inc., Three King Trading, Inc., Decent Trading, Inc., Limon Trading Corp., Alm General Trading, Inc., Ast Sportswear, Inc., Vecta Jeans Ltd., US ODP Sportswear, Inc. a/k/a US O.D.P. Sportswear, Inc., Sogo House Incorporated, Good Looks Apparel, LLC, Monoway, Inc., a/k/a Monoway Corporation a/k/a Momo, Yiwu Zhenjiang Novelties Import and Export Co. a/k/a Yiwu Novelties Import and Export Co., Green Star Trading USA, Inc., Super Star Trading USA, Inc., Yiwu Fashions Import & Export Corp., Coolman Trading, Corp., and TR Way Corp. are New York corporations and/or New York limited liability corporations that have transacted business in and/or have committed their infringing activities alleged below in the Southern District of New York.

3.     Upon information and belief, at all relevant times herein, defendants Muhammad Zahid, Syed Kamal, Muhammad Khan, a/k/a Muhammad K. Igbal, Jung Lee a/k/a Lee Jung, Samina Mazhar a/k/a Samina Mazhur, Dilbar Hussain, Hoon Kim, Peter Tepper, Brett Tepper, Ali H. Ekreda, Muhammad Mazhar Ali Khan, Mohammed Latif a/k/a Mohammad Latif, Tanzeela Naz, Maxhar Khan a/k/a Maxhur Khan, Pei Zhong Yin a/k/a Yin Pei Zhong, Patrick Peichen Ying, Yun Zhou Zhang, Sung S. Park, Shao Bo Qu, Segundo Guaman and Hyung Dahl have transacted business in and/or have committed

2

their infringing activities and/or have overseen the infringing activities alleged below in the Southern District of New York.

4.     This action arises under the Lanham Trademark Act (15 U.S.C. 1051 et seq.) and the Copyright Act (17 U.S.C. §101 et seq). This Court has jurisdiction over this action under 28 U.S.C. 1331 and 1338(a). This Court also has supplemental jurisdiction over the Third Cause of Action because it arises out of a common nucleus of operative facts as the First and Second Causes of Action.

## PARTIES

5.     Michael Jackson was one of the most famous musical performers of this era and he used his name, trademarks, likeness and logos to identify himself in all phases of the entertainment industry to distinguish himself from other professional entertainers.

6.     Michael Jackson has identified himself with the Michael Jackson name, likeness and trademarks since as early as 1964 to distinguish his performing services and/or merchandise pertaining to him from other parties.

7.     Michael Jackson has sold an estimated 750 Million copies of recorded product throughout the world and has twice been inducted in the Rock and Roll Hall of Fame, as a solo artist and as a member of the Jackson 5. The Guinness Book of World Records recognized Michael Jackson as the Most Successful Entertainer of All Time. His album "Thriller" sold more than 70 million units worldwide, more than any record ever. Michael Jackson has had licensed sales of millions of dollars worth of licensed merchandise bearing the Michael Jackson and/or King of Pop trademarks.

8.     Plaintiff Bravado has been, at all times relevant herein, engaged in the business of marketing and selling merchandise bearing the names, trade names, trademarks, logos and/or likenesses of musical groups and performers throughout the United States. Plaintiff is selling Michael Jackson merchandise pursuant to an agreement with Triumph International, Inc. ("Triumph"), an entity owned by the Michael Jackson

3

estate, that controls all rights in the Michael Jackson name, likeness, trademark and any other mark and/or indicia associated with Michael Jackson and/or his persona, including, but without limitation to, "King of Pop". Pursuant to said agreement, Bravado has been granted the exclusive right to sell merchandise bearing the Michael Jackson name, likeness, trademark and any other mark and/or indicia associated with Michael Jackson and/or his persona including King of Pop and all reproductions rights on said merchandise in copyrighted artwork and/or photographs in which the Michael Jackson estate and/or an entity owned by the Michael Jackson's estate owns the copyright.

9. Defendants are unlicensed distributors who are distributing and selling unauthorized shirts and/or other items bearing the Michael Jackson trademarks (including Michael Jackson and/or King of Pop), the Michael Jackson likeness and/or artwork and/or photographs ("Infringing Merchandise") that lead the consuming public to believe that said items are sponsored by or associated with and/or affiliated with Michael Jackson and/or his estate and/or plaintiff. Said items are being distributed throughout the United States by various means of interstate transport and delivery in violation of plaintiff's rights.

10. The sale of the Infringing Merchandise by defendants is and will be without permission or authority of plaintiff or any party representing Michael Jackson or his estate.

11. Defendants' unlawful activities result in irreparable harm and injury in that, among other things, defendants' deprive plaintiff, Triumph and/or the Michael Jackson estate of their absolute right to determine the manner in which the Michael Jackson image is presented to the general public through merchandising; deceives the public as to the source, origin and sponsorship of such merchandise; wrongfully trades upon and cashes in on plaintiff's and Michael Jackson's reputations, commercial value and exclusive rights and it irreparably harms and injures the reputations of plaintiff and Michael Jackson.

4

## AS AND FOR A FIRST CAUSE OF ACTION
### Violation of 15 U. S. C. 1125(a)

12.     Plaintiff repeats and realleges paragraphs 1 through 11 of this Complaint as if fully set forth herein.

13.     This cause arises under 15 U.S.C. 1125(a) relating to trademarks, trade names and unfair competition and involves false descriptions in commerce.

14.     The Michael Jackson trademark has been used as a mark in connection with his performing services since 1964 and in connection with the sale of various types of merchandise.  As a result of same, the Michael Jackson trademark has developed and now has a secondary and distinctive trademark meaning to purchasers of merchandise.

15.     Defendants have used the Michael Jackson trademark to sell the Infringing Merchandise containing the Michael Jackson trademark.  By misappropriating and using the Michael Jackson trademark, defendants have misrepresented and falsely described to the general public the origin and source of the Infringing Merchandise so as to create the likelihood of confusion by the ultimate purchaser as to both the source and sponsorship of the Infringing Merchandise.

16.     The sale by defendants of the Infringing Merchandise has and will infringe upon and dilute the Michael Jackson trademark.

17.     The use of the Michael Jackson trademark in connection with the sale of the Infringing Merchandise will be damaging to and will dilute the good will generated by Michael Jackson and the reputation that Michael Jackson and plaintiff have developed in connection with the sale of legitimate, authorized and high quality merchandise.

18.     Defendants' unlawful merchandising activities are without permission or authority of plaintiff or anyone authorized to give such consent and constitute express

5

and implied misrepresentations that the Infringing Merchandise was created, authorized or approved by plaintiff and/or Michael Jackson and/or his estate.

19.     Defendants' aforesaid acts are willful violations of 15 U.S.C. 1125(a) in that the defendants used, in connection with goods and services, a false designation of origin and have caused and will continue to cause said goods (the Infringing Merchandise) to enter into interstate commerce.

20.     Plaintiff will have no adequate remedy at law if defendants' activities are not enjoined and will suffer irreparable harm and injury to plaintiff's and Michael Jackson's image and reputation as a result thereof.

21.     As a result of defendants' activities, plaintiff has been damaged in an amount not yet determined or ascertainable.

## AS AND FOR A SECOND CAUSE OF ACTION
### Violation of 15 U. S. C. 1125(a)

22.     Plaintiff repeats and realleges paragraphs 1 through 11 and 13 through 21 of this Complaint as if fully set forth herein.

23.     This cause arises under 15 U.S.C. 1125(a) relating to trademarks, trade names and unfair competition and involves false descriptions in commerce.

24.     The King of Pop trademark has been associated with Michael Jackson's performing services and has been used by Michael Jackson and/or the Michael Jackson estate in connection with the sale of various types of merchandise. As a result of the same, the King of Pop mark has developed and now has a distinctive trademark meaning to purchasers of merchandise and/or said mark would be falsely associated with Michael Jackson and/or his estate if it was used by defendants.

6

25.     Defendants herein are using the King of Pop trademark to sell the Infringing Merchandise. By using the King of Pop mark, defendants have misrepresented and falsely described to the general public the origin and source of the Infringing Merchandise so as to create the likelihood of confusion by the ultimate purchaser as to both the source and sponsorship of the Infringing Merchandise and/or are attempting to falsely associate themselves and/or their merchandise with plaintiff, Michael Jackson and/or the Michael Jackson estate.

26.     Defendants' unlawful merchandising activities are without permission or authority of plaintiff or anyone authorized to give such consent and constitutes express and implied misrepresentations that the Infringing Merchandise was created, authorized or approved by plaintiff and/or Michael Jackson and/or his estate.

27.     The aforesaid acts of defendants are willful violations of 15 U.S.C. 1125(a) in that the defendants used, in connection with goods and services, a false designation of origin and have caused and will continue to cause said goods (the Infringing Merchandise) to enter into interstate commerce.

28.     Plaintiff will have no adequate remedy at law if defendants' activities are not enjoined and plaintiff and Michael Jackson and/or his estate will suffer irreparable harm and injury to plaintiff's and Michael Jackson's image and reputation as a result thereof.

29.     As a result of defendants' activities, plaintiff has been damaged in an amount not yet determined or ascertainable.

## AS AND FOR A THIRD CAUSE OF ACTION
### Violation of Common Law Unfair Competition

30.     Plaintiff repeats and realleges paragraphs 1 through 11, 13 through 21 and 23 through 29 of this Complaint as if fully set forth herein.

7

31.    The use of the Michael Jackson and King of Pop trademarks by defendants in connection with the sale of the Infringing Merchandise is likely to, and is certainly intended to, cause confusion to purchasers.

32.    Defendants, by misappropriating and using the Michael Jackson and/or King of Pop trademarks have utilized unfair means to usurp the good will and distinctive attributes of the Michael Jackson and King of Pop trademarks.

33.    Defendants have misrepresented and falsely described to the general public the origin and source of the Infringing Merchandise so as to cause confusion by the ultimate purchaser as to both the source, sponsorship and/or association of the Infringing Merchandise.

34.    Plaintiff will have no adequate remedy at law if defendants' activities are not enjoined and plaintiff and Michael Jackson (and his estate) will suffer irreparable harm and injury to their reputations as a result thereof.

35.    As a result of defendants' aforesaid activities, plaintiff has been damaged in an amount not yet determined or ascertainable.

## AS AND FOR A FOURTH CAUSE OF ACTION
### Trademark Dilution Under 15 U.S.C. 1125(c)

36.    Plaintiff repeats and realleges paragraphs 1 through 11, 13 through 21, 23 through 29 and 31 through 35 of this Complaint as if fully set forth herein.

37.    By virtue of Michael Jackson's long and continuous use of the Michael Jackson trademark in interstate commerce, said mark has become and continues to be famous within the meaning of 15 U.S.C. 1125(c). As such said mark is eligible for protection against dilution pursuant to 15 U.S.C. 1125(c).

8

38.    Defendants' use of the Michael Jackson mark in connection with the merchandise that they are selling has threatened to cause and is causing dilution of the distinctive quality of the famous Michael Jackson mark by lessening plaintiff's, Triumph's and the Michael Jackson estate's capacity to identify the goods in violation of 15 U.S.C. 1125(c).

39.    If defendants' activities are not enjoined, plaintiff and Michael Jackson and/or his estate will suffer irreparable harm and injury to their images and reputations as a result thereof.

40.    As a result of defendants' activities, plaintiff has been damaged in an amount not yet determined or ascertainable.

## AS AND FOR A FIFTH CAUSE OF ACTION
### Copyright Infringement

41.    Plaintiff repeats and realleges paragraphs 1 through 11, 13 through 21, 23 through 29, 31 through 35 and 37 through 40 of this Complaint as if fully set forth herein.

42.    Plaintiff has been granted the exclusive reproduction rights in merchandise, including, but without limitation to, shirts, hats, posters and watches in and to the following works that have been registered with the United States Register of Copyrights (copies of records of said registrations are annexed hereto as Exhibit A):

(A).    Dangerous, Registration No. SR0000178165, Registered February 10, 1992;

(B).    Thriller, Registration No. SR-41-965, Registered January 27, 1983;

(C).    Bad, Registration No. SR0000084256, Registered November 4, 1987;

9

(D)   The Ultimate Collection, Registration No. SR0000385428, Registered December 27, 2005;

(E)   History, Registration No. SR0000212660, Registered September 14, 1995;

(F)   Essential Michael Jackson, Registration No. SR0000378665, Registered October 5, 2005; and

(G)   The Official Michael Jackson 1985 Calendar, VA0000171520, Registered October 22, 1984.

43.   Plaintiff and/or the copyright owner of said registrations have complied in all respects with Title 17 of the United States Code. Plaintiff and/or the copyright owner of said registrations have secured the exclusive rights and privileges in and to the copyrights in the works as set forth above.

44.   At all relevant times herein, plaintiff owned and still owns the entire right, title and interest in and to the reproduction rights in the respective copyrights as set forth above on the goods that defendants have been selling.

45.   Defendants have wrongfully copied, distributed and/or sold shirts and other items displaying the works set forth in paragraph 43 above. Such copying, distribution and/or sale of said goods by defendants constitutes willful and deliberate infringement of plaintiff's rights in the aforesaid copyrights.

46.   If defendants' activities are not enjoined, plaintiff will suffer irreparable harm and injury.

47.   As a result of defendant's activities, plaintiff has been damaged in an amount not yet determined or ascertainable.

10

WHEREFORE, Plaintiff respectfully prays that this Court grant the following relief:

A.    A Permanent Injunction restraining, enjoining and prohibiting each of the defendants from using the Michael Jackson and/or King of Pop trademarks and/or anything confusingly similar thereto in connection with the manufacturing, distributing or sale of all merchandise along with an order of seizure authorizing the seizure of all items bearing the Michael Jackson and/or King of Pop trademarks along with the means of making said merchandise and all business records reasonably relating thereto;

B.    Three times defendants' profits or three times the damages suffered by plaintiff, Triumph and/or the Michael Jackson estate, whichever is greater, and the reasonable attorneys' fees and the costs of the action;

C.    Statutory damages of $150,000.00 for each of the copyrights that each defendant has infringed;

D.    Such other and further relief that this Court deems to be just and proper.

Dated: September 24 2009
Los Angeles, CA

Respectfully submitted,

By: _____
KENNETH A. FEINSWOG
Attorney for Plaintiff
6701 Center Drive West,
Suite 610
Los Angeles, CA 90045
Telephone: (310) 846-5800
KF-2366

11

# EXHIBIT A

**LexisNexis® Total Research System**

Search | Research Tasks | Get a Document | Shepard's® | Alerts | Total Litigator | Transactional Advisor | Co

FOCUS™ Terms name(mjj productions)          Search Within Original Results (1 - 38)   ⚡ GO⚡
Advanced...

Source: Legal > / . . . / > U.S. Copyrights Combined Files [i]
Terms: name(mjj productions)   (Edit Search | Suggest Terms for My Search)

  ↙Select for FOCUS™ or Delivery
☐

*Dangerous SR0000178165*

SR0000178165

Dangerous

**OWNER:** on sound recording & pictorial art; **MJJ Productions,** Inc. (employer for hire)

**AUTHOR:** Jackson, Michael author; Ryden, Mark author; **MJJ Productions,** Inc. author claimant

**CLASS:** Sound Recordings

**RETRIEVAL CODE:** U Sound recording

**STATUS:** Registered

**REGISTRATION DATE:** February 10, 1992

**CREATED:** 1991

**PUBLICATION DATE:** 1991-11-22

**CAST:** Performed by Michael Jackson

**CONTENTS:** Jam
        Why you wanna trip on me
        In the closet
        She drives me wild
        Remember the time
        Can't let her get away
        Heal the world
        Black or white
        Who is it
        Give in to me
        Will you be there
        Keep the faith
        Gone too soon
        Dangerous

**REGISTRATION DEPOSIT:** Compact disc.

**IMPRINT:** Epic EK 45400 c1991.

**NLS/BPH:** No rights granted to produce copies in alternative medium

**NOTES:** General note / or Document Header for Recorded Document: Ill. Mark Ryden.

Participant or performer note: Performed by Michael Jackson.

Copyright note includes annotation: C.O. correspondence.

**MISCELLANEOUS:**

DATE OF CREATION: Single date created: 1991

Source: Legal > / . . . / > U.S. Copyrights Combined Files ⓘ
Terms: name(mjj productions)  (Edit Search | Suggest Terms for My Search)
View: Full
Date/Time: Monday, August 17, 2009 - 11:31 AM EDT

Search | Research Tasks | Get a Document | *Shepard's®* | Alerts | Total Litigator | Transactional Advisor | Counsel Selector
History | Delivery Manager | Dossier | Switch Client | Preferences | Sign Out | Help

**LexisNexis®**   About LexisNexis | Terms & Conditions | Contact Us
Copyright © 2009 LexisNexis, a division of Reed Elsevier Inc. All rights reserved.

# CERTIFICATE OF COPYRIGHT REGISTRATION



This certificate, issued under the seal of the Copyright Office in accordance with the provisions of section 410(a) of title 17, United States Code, attests that copyright registration has been made for the work identified below. The information in this certificate has been made a part of the Copyright Office records.

*David Ladd*

REGISTER OF COPYRIGHTS
United States of America

OFFICIAL SEAL

**FORM SR**
UNITED STATES COPYRIGHT OFFICE

| REGISTRATION NUMBER |
|---|
| SR  41-965 |
| SR    SRU |

EFFECTIVE DATE OF REGISTRATION

Jan ... 27 ... 1983
(Month) (Day) (Year)

DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE CONTINUATION SHEET (FORM SR/CON)

## 1 Title

TITLE OF THIS WORK: THRILLER
Artist:  MICHAEL JACKSON

Catalog number of sound recording, if any: ........ QE 38112
PREVIOUS OR ALTERNATIVE TITLES:

NATURE OF MATERIAL RECORDED:
(Check Which)
☒ Musical      ☐ Musical-Dramatic
☐ Dramatic     ☐ Literary
☐ Other..........

## 2 Author(s)

IMPORTANT: Under the law, the "author" of a "work made for hire" is generally the employer, not the employee (see instructions). If any part of this work was "made for hire" check "Yes" in the space provided, give the employer (or other person for whom the work was prepared) as "Author" of that part, and leave the space for dates blank.

**1**
NAME OF AUTHOR: Mr. Michael Jackson

Was this author's contribution to the work a "work made for hire"?  Yes...... No X
AUTHOR'S NATIONALITY OR DOMICILE:
Citizen of .... U.S.A. ....  } or {  Domiciled in .... U.S.A. ....
(Name of Country)                    (Name of Country)
AUTHOR OF: (Briefly describe nature of this author's contribution)  Some new
sounds, all new photographic matter & artwork

DATES OF BIRTH AND DEATH:
Born.......... Died..........
(Year) (Year)
WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK:
Anonymous?   Pseudonymous?
Yes..... No X..  Yes..... No X..
If the answer to either of these questions is "Yes," see detailed instructions attached.

**2**
NAME OF AUTHOR:

Was this author's contribution to the work a "work made for hire"?  Yes...... No......
AUTHOR'S NATIONALITY OR DOMICILE:
Citizen of ....  } or {  Domiciled in ....
(Name of Country)              (Name of Country)
AUTHOR OF: (Briefly describe nature of this author's contribution)

DATES OF BIRTH AND DEATH:
Born.......... Died..........
(Year) (Year)
WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK:
Anonymous?   Pseudonymous?
Yes..... No.....  Yes..... No.....
If the answer to either of these questions is "Yes," see detailed instructions attached.

**3**
NAME OF AUTHOR:

Was this author's contribution to the work a "work made for hire"?  Yes...... No......
AUTHOR'S NATIONALITY OR DOMICILE:
Citizen of ....  } or {  Domiciled in ....
(Name of Country)              (Name of Country)
AUTHOR OF: (Briefly describe nature of this author's contribution)

DATES OF BIRTH AND DEATH:
Born.......... Died..........
(Year) (Year)
WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK:
Anonymous?   Pseudonymous?
Yes..... No.....  Yes..... No.....
If the answer to either of these questions is "Yes," see detailed instructions attached.

## 3 Creation and Publication

YEAR IN WHICH CREATION OF THIS WORK WAS COMPLETED:

Year ..1982....
(This information must be given in all cases.)

DATE AND NATION OF FIRST PUBLICATION:
Date ............ November ... 19 ... 1982 ..........
(Month) (Day) (Year)
Nation .............. U.S.A. ..........
(Name of Country)
(Complete this block ONLY if this work has been published.)

## 4 Claimant(s)

NAME(S) AND ADDRESS(ES) OF COPYRIGHT CLAIMANT(S):

CBS Inc.
51 West 52nd Street
New York, New York  10019

TRANSFER: (If the copyright claimant(s) named here in space 4 are different from the author(s) named in space 2, give a brief statement of how the claimant(s) obtained ownership of the copyright.)

PER AGREEMENT

EXAMINED BY: R.W.

CHECKED BY: ..........

CORRESPONDENCE:
☐ Yes

DEPOSIT ACCOUNT FUNDS USED
☑

APPLICATION RECEIVED:
2 r. JAN 1983

DEPOSIT RECEIVED:
27 JAN 1983    JAN 2 7 1983

REMITTANCE NUMBER AND DATE:

FOR COPYRIGHT OFFICE USE ONLY

SR    41-965

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED ADDITIONAL SPACE, USE CONTINUATION SHEET (FORM SR/CON)**

PREVIOUS REGISTRATION:

- Has registration for this work, or for an earlier version of this work, already been made in the Copyright Office? Yes ........ No .... X ....

- If your answer is "Yes," why is another registration being sought? (Check appropriate box)
  ☐ This is the first published edition of a work previously registered in unpublished form.
  ☐ This is the first application submitted by this author as copyright claimant.
  ☐ This is a changed version of the work, as shown by line 6 of the application.

- If your answer is "Yes," give: Previous Registration Number .......................... Year of Registration ...................

**(5)** Previous Registration

COMPILATION OR DERIVATIVE WORK: (See Instructions)

PREEXISTING MATERIAL: (Identify any preexisting work or works that the work is based on or incorporates.)
A—THE GIRL IS MINE ....... 34-03288 ...............................
LYRICS ON INNER SLEEVE ...............................

MATERIAL ADDED TO THIS WORK: (Give a brief, general statement of the material that has been added to this work and in which copyright is claimed.)
ALL NEW PHOTOGRAPHIC MATTER & ARTWORK, SOME NEW SOUNDS:
Side 1, Bds. (1) WANNA BE STARTIN' SOMETHIN'. (2) BABY BE MINE. (4) THRILLER ...........
Side 2, Bds. (1) BEAT IT (2) BILLIE JEAN (3) HUMAN NATURE (4) P.Y.T. (PRETTY YOUNG THING) (5) THE LADY IN MY LIFE ...............................

**(6)** Compilation or Derivative Work

DEPOSIT ACCOUNT: (If the registration fee is to be charged to a Deposit Account established in the Copyright Office, give name and number of Account.)

Name ................... CBS Inc. ......................

Account Number .......... DA016292 ......................

CORRESPONDENCE: (Give name and address to which correspondence about this application should be sent.)

Name CBS Law Registry/Barbara Lesko ..........

Address 51 West 52nd Street ...............
                                                   (Apt.)

...... New York, New York .... 10019 ...............
         (City)              (State)              (ZIP)

**(7)** Fee and Correspondence

CERTIFICATION: ✱ I, the undersigned, hereby certify that I am the: (Check one)
☐ author ☐ other copyright claimant ☐ owner of exclusive right(s) ☒ authorized agent of ............... CBS Inc. ............
                                                                          (Name of author or other copyright claimant, or owner of exclusive right(s))
of the work identified in this application and that the statements made by me in this application are correct to the best of my knowledge.

Handwritten signature: (X) ...... Barbara Lesko

Typed or printed name: ......... Barbara Lesko ............... Date 1/24/83

**(8)** Certification (Application must be signed)

CBS Law Registry/Att: Barbara Lesko ...............
                              (Name)

51 West 52nd Street ...............
(Number, Street and Apartment Number)

New York, New York .... 10019 ...............
(City)         (State)         (ZIP code)

**MAIL CERTIFICATE TO**

(Certificate will be mailed in window envelope)

**(9)** Address For Return of Certificate

17 U.S.C. § 506(e): FALSE REPRESENTATION—Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in connection with the application, shall be fined not more than $2,500.
☆ GOVERNMENT PRINTING OFFICE: 1981 341-278/7

## LexisNexis® *Total Research System*

FOCUS™ Terms `name(mjj productions)`     Search Within `Original Results (1 - 38)`     [GO]
Advanced...

Source: Legal > / . . . / > U.S. Copyrights Combined Files [i]
Terms: name(mjj productions)  (Edit Search | Suggest Terms for My Search)

☞Select for FOCUS™ or Delivery
☐

*Bad SR0000084256*

SR0000084256

Bad / [performed by] Michael Jackson

**ADDITIONAL TITLES:** The way you make me feel

**OWNER:** M J J Productions, Inc.

**APPLICATION AUTHOR:** sound recording: M J J Productions, Inc., employer for hire.

**AUTHOR:** Jackson, Michael author; Emerson, Sam author; Gorman, Greg author; Rolston, Matthew author; **MJJ Productions,** Inc. author claimant

**CLASS:** Sound Recordings

**RETRIEVAL CODE:** U Sound recording

**STATUS:** Registered

**REGISTRATION DATE:** November 04, 1987

**CREATED:** 1987

**PUBLICATION DATE:** 1987-08-19

**NEW MATTER:** all photographic matter, some sound recordings, bands 1-7, 9 & 10.

**CONTENTS:** Bad
 The way you make me feel
 Speed demon
 Liberian girl
 Just good friends
 Another part of me
 Man in the mirror
 I just can't stop loving you
 Dirty Diana
 Smooth criminal
 Leave me alone

**REGISTRATION DEPOSIT:** 1 sound disc : digital ; 5 in. + 1 booklet.

Case 1:09-cv-07571-SHS-DCF    Document 8    Filed 09/25/09    Page 18 of 23

**IMPRINT:** Epic EK 40600 c1987.

**NLS/BPH:** No rights granted to produce copies in alternative medium

**NOTES:** General note / or Document Header for Recorded Document: Compact disc.

General note / or Document Header for Recorded Document: Photos.: Sam Emerson, Greg Gorman & Matthew Rolston.

**PREVIOUS REGISTRATION:** Preexisting material: Band 8

**MISCELLANEOUS:**

DATE OF CREATION: Single date created: 1987

Source: Legal > / . . . / > U.S. Copyrights Combined Files
Terms: name(mjj productions) (Edit Search | Suggest Terms for My Search)
View: Full
Date/Time: Monday, August 17, 2009 - 11:18 AM EDT

Search | Research Tasks | Get a Document | *Shepard's*® | Alerts | Total Litigator | Transactional Advisor | Counsel Selector
History | Delivery Manager | Dossier | Switch Client | Preferences | Sign Out | Help

About LexisNexis | Terms & Conditions | Contact Us
**LexisNexis**® Copyright © 2009 LexisNexis, a division of Reed Elsevier Inc. All rights reserved.

**LexisNexis®** *Total Research System*

Switch Client | Preferences | Sign Out | [?] Help

Search | Research Tasks | Get a Document | Shepard's® | Alerts | Total Litigator | Transactional Advisor | Co

FOCUS™ Terms [CLAIMANT(mjj productions)]    Search Within [Original Results (1 - 22)]    [Go →]

Advanced...

Source: Legal > / . . . / > **U.S. Copyrights Combined Files** [i]
Terms: **CLAIMANT(mjj productions)** (Edit Search | Suggest Terms for My Search)

✦Select for FOCUS™ or Delivery

☐

*History--past, present and future SR0000212660*

SR0000212660

History--past, present and future : bk. 1 / Michael Jackson

**ADDITIONAL TITLES:** History--past, present and future : bk. 1; The way you make me feel; The girl is mine

**OWNER:** on recording, compilation, pictorial art, photos; **MJJ Productions,** Inc. (employer for hire)

**AUTHOR:** Jackson, Michael author; Emerson, Sam author; Exley, Jonathan author; Funk, Harrison author; MJJ Productions, Inc. author claimant

**CLASS:** Sound Recordings

**RETRIEVAL CODE:** U Sound recording

**STATUS:** Registered

**REGISTRATION DATE:** September 14, 1995

**CREATED:** 1995

**PUBLICATION DATE:** 1995-06-14

**CONTENTS:** Billie Jean
The way you make me feel
Black or white
Rock with you
She's out of my life
Bad
I just can't stop loving you
Man in the mirror
Thriller
Beat it
The girl is mine
Remember the time
Don't stop 'til you get enough
Wanna be startin' somethin
Heal the world
Scream (duet with Michael Jackson & Janet Jackson

They don't care about us
Stranger in Moscow
This time around
Earth song
DS
Money
Come together
You are not alone
Childhood
Tabloid junkie
2 bad
History
Little Susie
Smile

**REGISTRATION DEPOSIT:** 2 compact discs.

**IMPRINT:** Epic E2K 59000 c1995.

**NLS/BPH:** No rights granted to produce copies in alternative medium

**NOTES:** General note / or Document Header for Recorded Document: Photography: Sam Emerson, Jonathan Exley, Harrison Funk et al.

**MISCELLANEOUS:**

DATE OF CREATION: Single date created: 1995

Source: Legal > / . . . / > **U.S. Copyrights Combined Files**
Terms: **CLAIMANT(mjj productions)** (Edit Search | Suggest Terms for My Search)
View: Full
Date/Time: Monday, August 17, 2009 - 11:11 AM EDT

Search | Research Tasks | Get a Document | *Shepard's®* | Alerts | Total Litigator | Transactional Advisor |
Counsel Selector
History | Delivery Manager | Dossier | Switch Client | Preferences | Sign Out | Help

About LexisNexis | Terms & Conditions | Contact Us
**LexisNexis®** Copyright © 2009 LexisNexis, a division of Reed Elsevier Inc. All rights reserved.

**LexisNexis® Total Research System**

Switch Client | Preferences | Sign Out | [?] Help

Search | Research Tasks | Get a Document | Shepard's® | Alerts | Total Litigator | Transactional Advisor | Co

**FOCUS™** Terms CLAIMANT(mjj productions)     Search Within Original Results (1 - 22)    Go →

Advanced...

Source: Legal > / . . . / > **U.S. Copyrights Combined Files**
Terms: **CLAIMANT(mjj productions)** (Edit Search | Suggest Terms for My Search)

✦Select for FOCUS™ or Delivery

☐

*Essential Michael Jackson SR0000378665*

SR0000378665

Essential Michael Jackson / by Michael Jackson

**OWNER: MJJ Productions,** Inc., employer for hire

**AUTHOR:** Jackson, Michael author; MJJ Productions, Inc. author claimant

**CLASS:** Sound Recordings

**RETRIEVAL CODE:** U Sound recording

**STATUS:** Registered

**REGISTRATION DATE:** October 05, 2005

**CREATED:** 2005

**PUBLICATION DATE:** 2005-07-06

**NEW MATTER:** compilation of sound recording & of photographic matter.

**NOTES:** Copyright note includes annotation: Cataloged from appl. only.

**PREVIOUS REGISTRATION:** Preexisting material: basic sounds & photos

**MISCELLANEOUS:**

DATE OF CREATION: Single date created: 2005

Source: Legal > / . . . / > **U.S. Copyrights Combined Files**
Terms: **CLAIMANT(mjj productions)** (Edit Search | Suggest Terms for My Search)
View: Full
Date/Time: Monday, August 17, 2009 - 11:11 AM EDT

Search | Research Tasks | Get a Document | *Shepard's®* | Alerts | Total Litigator | Transactional Advisor |
Counsel Selector
History | Delivery Manager | Dossier | Switch Client | Preferences | Sign Out | Help

FORM VA
UNITED STATES COPYRIGHT OFFICE

REGISTRATION NUMBER

|  |  |
|---|---|
| VA | VAU |

EFFECTIVE DATE OF REGISTRATION

| Month | Day | Year |
|---|---|---|

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

**1**

**TITLE OF THIS WORK ▼**

THE OFFICIAL MICHAEL JACKSON 1985 CALENDAR

**NATURE OF THIS WORK ▼** See Instructions

Photographs/Calendar

**PREVIOUS OR ALTERNATIVE TITLES ▼**

**PUBLICATION AS A CONTRIBUTION** If this work was published as a contribution to a periodical, serial, or collection, give information about the collective work in which the contribution appeared.    **Title of Collective Work ▼**

If published in a periodical or serial give: Volume ▼    Number ▼    Issue Date ▼    On Pages ▼

**2**

**NAME OF AUTHOR ▼**

a    MJJ Productions, Inc.

**DATES OF BIRTH AND DEATH**
Year Born ▼    Year Died ▼

Was this contribution to the work a "work made for hire"?
☒ Yes
☐ No

**AUTHOR'S NATIONALITY OR DOMICILE**
Name of Country
OR { Citizen of ▶
Domiciled in ▶ United States

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK**
Anonymous?    ☐ Yes ☒ No
Pseudonymous?    ☐ Yes ☒ No

If the answer to either of these questions is "Yes," see detailed instructions

**NATURE OF AUTHORSHIP** Briefly describe nature of the material created by this author in which copyright is claimed. ▼
entire work

**NOTE**

Under the law, the "author" of a "work made for hire" is generally not the employer, not the employee (see instructions). For any part of this work that was "made for hire" check "Yes" in the space provided, give the employer (or other person for whom the work was prepared) as "Author" of that part, and leave the space for dates of birth and death blank.

**NAME OF AUTHOR ▼**

b

**DATES OF BIRTH AND DEATH**
Year Born ▼    Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

**AUTHOR'S NATIONALITY OR DOMICILE**
Name of Country
OR { Citizen of ▶
Domiciled in ▶

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK**
Anonymous?    ☐ Yes ☐ No
Pseudonymous?    ☐ Yes ☐ No

If the answer to either of these questions is "Yes," see detailed instructions

**NATURE OF AUTHORSHIP** Briefly describe nature of the material created by this author in which copyright is claimed. ▼

**NAME OF AUTHOR ▼**

c

**DATES OF BIRTH AND DEATH**
Year Born ▼    Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

**AUTHOR'S NATIONALITY OR DOMICILE**
Name of Country
OR { Citizen of ▶
Domiciled in ▶

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK**
Anonymous?    ☐ Yes ☐ No
Pseudonymous?    ☐ Yes ☐ No

If the answer to either of these questions is "Yes," see detailed instructions

**NATURE OF AUTHORSHIP** Briefly describe nature of the material created by this author in which copyright is claimed. ▼

**3**

**YEAR IN WHICH CREATION OF THIS WORK WAS COMPLETED** This information must be given in all cases.
· 1984 ◀ Year

**DATE AND NATION OF FIRST PUBLICATION OF THIS PARTICULAR WORK** Complete this information Month ▶ July    Day ▶ 30    Year ▶ 1984
ONLY if this work has been published.    ◀ Nation

**4**

**COPYRIGHT CLAIMANT(S)** Name and address must be given even if the claimant is the same as the author given in space 2.▼

MJJ Productions, Inc.
c/o Ziffren, Brittenham & Gullen
2049 Century Park East, Los Angeles, CA 90067

See instructions before completing this space.

**TRANSFER** If the claimant(s) named here in space 4 are different from the author(s) named in space 2, give a brief statement of how the claimant(s) obtained ownership of the copyright.▼

APPLICATION RECEIVED

ONE DEPOSIT RECEIVED

TWO DEPOSITS RECEIVED

REMITTANCE NUMBER AND DATE

DO NOT WRITE HERE
OFFICE USE ONLY

**MORE ON BACK ▶** • Complete all applicable spaces (numbers 5-9) on the reverse side of this page.
• See detailed instructions.    • Sign the form at line 8.

DO NOT WRITE HERE

Page 1 of _____ pages

EXAMINED BY

CHECKED B\

☐ CORRESPONDENCE
    Yes

☐ DEPOSIT ACCOUNT
    FUNDS USED

FORM VA

FOR
COPYRIGHT
OFFICE
USE
ONLY

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

**PREVIOUS REGISTRATION** Has registration for this work, or for an earlier version of this work, already been made in the Copyright Office?

☐ Yes  ☒ No  If your answer is "Yes," why is another registration being sought? (Check appropriate box) ▼

☐ This is the first published edition of a work previously registered in unpublished form.

☐ This is the first application submitted by this author as copyright claimant.

☐ This is a changed version of the work, as shown by space 6 on this application.

If your answer is "Yes," give: **Previous Registration Number** ▼        **Year of Registration** ▼

**5**

**DERIVATIVE WORK OR COMPILATION** Complete both space 6a & 6b for a derivative work; complete only 6b for a compilation.

a. **Preexisting Material** Identify any preexisting work or works that this work is based on or incorporates. ▼

Photographs have been previously published in slightly different form.

b. **Material Added to This Work** Give a brief, general statement of the material that has been added to this work and in which copyright is claimed. ▼

Compilation, editing.

**6**

See instructions before completing this space.

**DEPOSIT ACCOUNT** If the registration fee is to be charged to a Deposit Account established in the Copyright Office, give name and number of Account.

**Name** ▼                                    **Account Number** ▼

Simon & Schuster, Inc.                    DA013137

**7**

**CORRESPONDENCE** Give name and address to which correspondence about this application should be sent.  Name/Address/Apt/City/State/Zip ▼

see below

Area Code & Telephone Number ▶ (212) 245-6400 x 1388

Be sure to give your daytime phone ◀ number.

**CERTIFICATION*** I, the undersigned, hereby certify that I am the

Check only one ▼

☐ author

☐ other copyright claimant

☐ owner of exclusive right(s)

☒ authorized agent of  Simon & Schuster, Inc.
                        Name of author or other copyright claimant, or owner of exclusive right(s) ▲

**8**

of the work identified in this application and that the statements made
by me in this application are correct to the best of my knowledge.

Typed or printed name and date ▼ If this is a published work, this date must be the same as or later than the date of publication given in space 3.

Victoria Woods                                    date ▶ 9/27/84

Handwritten signature (X) ▼

MAIL
CERTIFI-
CATE TO

Certificate
will be
mailed in
window
envelope

Name ▼
    Victoria Woods, Simon & Schuster, Inc.
Number/Street/Apartment Number ▼
    1230 Avenue of the Americas
City/State/ZIP ▼
    New York, New York   10020

Have you:
● Completed all necessary
  spaces?
● Signed your application in space
  8?
● Enclosed check or money order
  for $10 payable to Register of
  Copyrights?
● Enclosed your deposit material
  with the application and fee?

MAIL TO: Register of Copyrights,
Library of Congress, Washington,
D.C. 20559.

**9**

* 17 U.S.C. § 506(e): Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in connection with the application, shall be fined not more than $2,500.

August 1983—120,000

☆ U.S. GOVERNMENT PRINTING OFFICE: 1983: 381-278/504