UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
------------------------------------------------------------x
```

| | | |
|---|---|---|
| BRAVADO INTERNATIONAL GROUP MERCHANDISING SERVICES, INC., | : | 09 Civ. 7571 (SHS) |
| Plaintiff, | : | ORDER |
| -against- | : | |
| SAFA SPORTSWEAR, INC., *ET AL.*, | : | |
| Defendants. | : | |

```
------------------------------------------------------------x
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 10/7/09

SIDNEY H. STEIN, U.S. District Judge.

       This case has been reassigned to this Court for all purposes.

       IT IS HEREBY ORDERED that the conference previously scheduled before Judge Gerard E. Lynch will take place as scheduled before this Court on October 16, 2009, at 10:30 a.m. in Courtroom 23A.

Dated: New York, New York
       October 7, 2009

SO ORDERED:

_____
Sidney H. Stein, U.S.D.J.