```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4/26/10
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x

BRAVADO INTERNATIONAL GROUP         :     09 Civ. 7571 (SHS)
MERCHANDISING SERVICES, INC.,
                                    :
                Plaintiff,
                                    :
    -against-                             ORDER
                                    :
SAFA SPORTSWEAR, INC., *ET AL.*,
                                    :
                Defendants.
------------------------------------------------------------x

SIDNEY H. STEIN, U.S. District Judge.

      On April 5, 2010, Magistrate Judge Debra Freeman issued a Report and Recommendation recommending that *pro se* defendant Hoon Je Kim's motion for summary judgment be denied. Objections to the Report and Recommendation were due on April 22, 2010. As of today, no objections have been received from defendant Kim. Accordingly,

      IT IS HEREBY ORDERED that Magistrate Judge Freeman's Report and Recommendation is adopted and *pro se* defendant Hoon Je Kim's motion for summary judgment [document no. 32] is denied.

Dated: New York, New York
       April 26, 2010

SO ORDERED:

_____
Sidney H. Stein, U.S.D.J.